**Wade Charles HEIDEN,**
**Plaintiff–Appellant,**

v.

**UNKNOWN DEPUTY CLERK; Hamilton County Clerks Office; Hamilton County, Iowa, Defendants–Appellees.**

No. 13–2837.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 22, 2013.

Filed: Oct. 23, 2013.

Wade Charles Heiden, pro se.

Before SMITH, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Charles Heiden, a federal inmate, appeals from an order of the District Court[1] dismissing his pro se complaint prior to service under 28 U.S.C. § 1915(e)(2)(B). Heiden alleged that a state-court deputy clerk improperly signed a document on behalf of a state-court judge, and that, as a consequence, Heiden received an invalid conviction and sentence in federal court. Upon careful *de novo* review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (noting *de novo* review of § 1915(e)(2)(B) dismissals), we agree with the District Court that Heiden failed to state a claim upon which relief could be granted, *see Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) (noting that a plaintiff's obligation to provide grounds for relief requires more than labels and conclusions; a complaint fails to state a claim upon which relief can be granted if it does not plead sufficient facts to state a claim to relief that is plausible on its face). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.